IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRIANNA MOSSBROOKS | ) | CASE NO. 22-CV-01556 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **PLAINTIFF'S REQUEST FOR** |
| | ) | **CLERK'S ENTRY OF DEFAULT** |
| PEDRA PROPERTIES LLC, et al. | ) | **AGAINST DEFENDANT** |
| | ) | **PEDRA PROPERTIES LLC** |
| Defendants. | ) | |

Plaintiff Brianna Mossbrooks ("Plaintiff"), by and through her attorneys, hereby requests that the Clerk of this Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, enter Defendant Pedra Properties LLC to be in default. An Affidavit supporting an entry of default is attached.

Respectfully submitted,

 /s/ Dennis R. Fogarty
DENNIS R. FOGARTY (0055563)
**DAVIS & YOUNG**
35000 Chardon Road, Suite 100
Willoughby Hills, OH 44094
T:  (216) 348-1700
F: (216) 621-0602
Email: dfogarty@davisyoung.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BRIANNA MOSSBROOKS | ) | CASE NO. 22-CV-01556 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| PEDRA PROPERTIES LLC, et al. | ) | **AFFIDAVIT FOR ENTRY OF** |
| | ) | **DEFAULT AGAINST PEDRA** |
| Defendants. | ) | **PROPERTIES LLC** |

DENNIS R. FOGARTY, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the following statements are true and correct:

1. That I am an attorney who has been assigned to represent the interests of Plaintiff in the above-captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant PEDRA PROPERTIES, LLC., pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

   A. The Defendant was personally served by process service, through its agent, Jaimie – Housekeeper for Pedra Properties, LLC., with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

   B. Upon Plaintiff's information and belief, the Defendant, being an Ohio corporation with its principal place of business in Ohio, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil

Procedure, and is not serving with the Armed Forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

C. The Defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

D. Copies of this Affidavit and Plaintiff's Request for Entry of Default, which are being filed herewith, have this date been served upon the Defendant by regular mail, postage prepaid.

        Respectfully submitted,

        */s/ Dennis R. Fogarty*
        DENNIS R. FOGARTY (0055563)
        **DAVIS & YOUNG**
        35000 Chardon Road, Suite 100
        Willoughby Hills, OH 44094
        T: (216) 348-1700
        F: (216) 621-0602
        Email: dfogarty@davisyoung.com
        ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  A copy has also been served, via regular mail, upon Defendant, Pedra Properties, LLC.

*/s/ Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
*Attorney for Plaintiff*