**APPROVED.**
**IT IS SO ORDERED.**
**s/Jonathan D. Greenberg**
**United States Magistrate Judge**
**Dated: January 3, 2024**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIANNA MOSSBROOKS | ) CASE NUMBER: 1:22-cv-01556 |
| Plaintiff | ) MAGISTRATE JUDGE |
| vs. | ) JONATHAN D. GREENBERG |
| PEDRA PROPERTIES LLC, et al. | ) **PLAINTIFF'S NOTICE OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Defendants | ) |

Now comes counsel for Plaintiff Brianna Mossbrooks and herewith gives notice of the dismissal of the within case pursuant to settlement with prejudice, each party to bear their own costs and fees.

Respectfully submitted,

*/s/ Dennis R. Fogarty*
DENNIS R. FOGARTY (0055563)
**DAVIS & YOUNG**
35000 Chardon Road, Suite 100
Willoughby Hills, OH 44094
T: (216) 348-1700
F: (216) 621-0602
Email: dfogarty@davisyoung.com
*Attorney for Plaintiff*